**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| John Phillip Wright Dukeman II | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   1:24-cv-00149 |
| | ) | |
| Ste. Genevieve County, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appeal**

Notice is hereby given that Defendant Dylon Wyatt appeals to the United States Court of Appeals for the Eighth Circuit from the district court's March 24, 2025 order, (Doc. 43), denying Defendant Wyatt's motion to dismiss based on qualified immunity. *See Mitchell v. Forsyth*, 472 U.S. 511, 525-30 (1985).

    Respectfully submitted,

    **ANDREW BAILEY**
    Attorney General

    */s/ Nicolas Taulbee*
    Nicolas Taulbee
    Missouri Bar Number 61065
    Assistant Attorney General
    615 East 13th Street, Suite 401
    Kansas City, Missouri 64106
    Telephone:  (816) 889-5000
    Email:     Nicolas.Taulbee@ago.mo.gov
    *Attorney for Defendant Trooper Wyatt*

## **Certificate of Service**

I hereby certify that on March 28, 2025, I filed the foregoing electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Nicolas Taulbee*
Assistant Attorney General